```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

OLLIE EATMON,                          :
                                       :
    Plaintiff,                         :
                                       :
v.                                     :      CIVIL ACTION 07-0507-M
                                       :
MICHAEL J. ASTRUE,                     :
Commissioner of                        :
Social Security,                       :
                                       :
    Defendant.                         :


## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ollie Eatmon and against Defendant Michael J. Astrue.

DONE this 20th day of March, 2008.


                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE