```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

OLLIE EATMON,                      :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :      CIVIL ACTION 07-0507-M
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of                    :
Social Security,                   :
                                   :
    Defendant.                     :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's attorney's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, William T. Coplin, Jr., be **AWARDED** an EAJA attorney's fee in the amount of $1,443.34.

DONE this 17th day of June, 2008.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE